

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr152-JAH |
| | ) | |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| | ) | |
| v. | ) | Title 18, U.S.C., |
| | ) | Sec. 1326(a) and (b) - |
| RAUL HERNANDEZ ESCUTIA, | ) | Attempted Entry After |
| aka Miguel Angel Velazquez, | ) | Deportation; |
| | ) | Title 18, U.S.C., Sec. 1544 - |
| Defendant. | ) | Misuse of a Passport (Felony) |
| | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about December 19, 2007, within the Southern District of California, defendant RAUL HERNANDEZ ESCUTIA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial

step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant RAUL HERNANDEZ ESCUTIA was removed from the United States subsequent to April 24, 2007.

Count 2

On or about December 19, 2007, within the Southern District of California, defendant RAUL HERNANDEZ ESCUTIA, did willfully and knowingly use passport number 423777760, issued under the authority of the United States, to Miguel Angel Velazquez, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: January 17, 2008

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf
1/2/08