
AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

RAUL HERNANDEZ ESCUTIA
aka Miguel Angel Velazquez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 0152-JAH

I, RAUL HERNANDEZ ESCUTIA, aka Miguel Angel Velazquez, the above named defendant, who is accused of:

Count 1: Title 18, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony)

Count 2: Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER